# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 6, 2010

141280

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

CHRISTOPHER DIRLA and APRIL DIRLA,
      Plaintiffs-Appellants,

v

SENEY SPIRIT STORE & GAS STATION and
STACEY STACHNIK,
      Defendants,
and

ANDY'S SENEY BAR, INC.,
      Defendant-Appellee.

SC: 141280
COA: 292676
Schoolcraft CC: 06-003811-NI

_____/

      On order of the Court, the application for leave to appeal the May 25, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      HATHAWAY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 6, 2010

_____
Clerk

0929